1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  CHRISTIAAN H. HIGHSMITH (CABN 296282)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7368
7      FAX: (415) 436-7027
       christiaan.highsmith@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           ) CASE NO. 21-cr-00212 JD
                                         )
14 |      Plaintiff,                     ) STIPULATION AND [PROPOSED] ORDER
                                         ) CONTINUING STATUS HEARING REGARDING
15 |   v.                                ) SENTENCING FROM TO NOVEMBER 1, 2021 TO
                                         ) FEBRUARY 7, 2022
16 | PHARADJA ANDREWS,                   )
                                         )
17 |      Defendant.                     )
                                         )
18

19      On May 25, 2021, Defendant Pharadja Andrews was charged in a one-count Information with

20 conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349. Dkt. 1. Andrews waived her

21 right to be charged via Indictment and on August 30, 2021 pled guilty to the charge pursuant to a

22 cooperation plea agreement. Dkt. 3, 10. This Court set Defendant Andrews for a status hearing

23 regarding sentencing on November 1, 2021, at 10:30 a.m. Defendant Andrews is out of custody.

24      Defendant Andrews is a cooperating witness in the related case of *United States v. Veronica*

25 *Katz*, Case No. CR. 21-310 JD. On August 12, 2021, Defendant Katz was charged with health care

26 fraud and conspiracy to commit health care fraud in a two-count Information. Defendant Katz's next

27 status hearing is November 1, 2021. Defendant Katz's case has not yet been set for trial.

28      Counsel for the United State and counsel for Defendant Andrews have met and conferred and

respectfully request that this Court continue Defendant Andrews' status hearing regarding sentencing to Monday, February 7, 2022. Given that the related case—*United States v. Katz*—has not yet been set for change of plea or trial, both parties in the Andrews case believe there is no need for a status hearing on Monday, November 1, 2021. Further, because Andrews has already pled guilty there is no need for an exclusion of time under the Speedy Trial Act. The parties are requesting that Defendant Andrews' case be set for status regarding sentencing on February 7, 2022 because her case should trail Defendant Katz's related case.

IT IS SO STIPULATED

DATED:   October 26, 2021                           Respectfully submitted,

STEPHANIE M. HINDS
Acting United States Attorney

_____/s/_____
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

DATED:   October 26, 2021                           _____/s/_____
PHILIP SCHNAYERSON
Counsel for Defendant Pharadja Andrews

## [PROPOSED] ORDER

For the reasons stated above by the parties, the status hearing regarding sentencing in this matter currently set for Monday, November 1, 2021, is hereby continued to February 7, 2022, at 10:30 a.m.

IT IS SO ORDERED.

DATED:  October 28, 2021                            _____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE