1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7019
7       FAX: (415) 436-7027
        andrew.dawson@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,            )   CASE NO. 21-cr-00212 JD
                                        )
14      Plaintiff,                      )   STIPULATION AND [PROPOSED] ORDER
                                        )   CONTINUING STATUS HEARING REGARDING
15      v.                              )   SENTENCING FROM TO NOVEMBER 1, 2021 TO
                                        )   FEBRUARY 7, 2022
16 PHARADJA ANDREWS,                    )
                                        )
17      Defendant.                      )
                                        )
18

19      On May 25, 2021, Defendant Pharadja Andrews was charged in a one-count Information with

20 conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349. Dkt. 1. Andrews waived her

21 right to be charged via Indictment and on August 30, 2021 pled guilty to the charge pursuant to a

22 cooperation plea agreement. Dkt. 3, 10. Defendant Andrews is currently set for a status conference on

23 August 8, 2022. Defendant Andrews is out of custody.

24      Defendant Andrews is a cooperating witness in the related cases of *United States v. Veronica*

25 *Katz*, Case No. CR. 21-310 JD, and *United States v. Simon Katz*, Case No. CR 21-00414 JD (the "Katz

26 Matters"). Defendant Andrews is a potential witness in the event the Katz Matters go to trial. A trial

27 date in those cases has not yet been set, and both are currently set for a status conference on December

28 12, 2022.

STIP. AND [PROPOSED] ORDER            1
21-cr-00212 JD

1   Counsel for the United States and Defendant Andrews have met and conferred and agree that
2   Defendant Andrews's sentencing should occur after any trial in the Katz Matters.  The parties therefore
3   respectfully request that this Court continue Defendant Andrews's status conference approximately six
4   months, to Monday, February 6, 2023.  at 10:30 a.m.

5   IT IS SO STIPULATED

6
7   DATED:   August 2, 2022                    Respectfully submitted,

8                                              STEPHANIE M. HINDS
                                               United States Attorney
9
                                                    /s/
10                                             ANDREW F. DAWSON
                                               Assistant United States Attorney
11

12  DATED:   August 2, 2022                         /s/
13                                             PHILIP SCHNAYERSON
                                               Counsel for Defendant Pharadja Andrews
14

15

16      IT IS SO ORDERED.
17

18  DATED:   August _5_, 2022                  _____
19                                             JAMES DONATO
                                               United States District Judge
20