ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    FAX: (415) 436-7027
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-cr-00212 JD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING REGARDING SENTENCING FROM OCTOBER 30, 2023, TO FEBRUARY 12, 2024 |
| v. | |
| PHARADJA ANDREWS, | |
| Defendant. | |

      On May 25, 2021, Defendant Pharadja Andrews was charged in a one-count Information with conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349. Dkt. 1. Andrews waived her right to be charged via Indictment and on August 30, 2021 pled guilty to the charge pursuant to a cooperation plea agreement. Dkt. 3, 10. Defendant Andrews is currently set for a status conference on October 30, 2023. Defendant Andrews is out of custody.

      Defendant Andrews is a cooperating witness in the related cases of *United States v. Veronica Katz*, Case No. CR. 21-310 JD, and *United States v. Simon Katz*, Case No. CR 21-00414 JD (the "Katz Matters"). Defendant Andrews will be a witness at trial in the Katz Matters. A trial date for Mr. and Mrs. Katz has not yet been set.

      Counsel for the United States and Defendant Andrews have met and conferred and agree that

Defendant Andrews's sentencing should occur after trial on the Katz Matters. The parties therefore respectfully request that this Court continue Defendant Andrews's status conference to Monday, February 12, 2024.

  IT IS SO STIPULATED

DATED: October 12, 2023   Respectfully submitted,

          ISMAIL J. RAMSEY
          United States Attorney

          /s/
          CHRISTIAAN H. HIGHSMITH
          Assistant United States Attorney

DATED: October 12, 2023   /s/
          PHILIP SCHNAYERSON
          Counsel for Defendant Pharadja Andrews

  IT IS SO ORDERED.

DATED: October 17, 2023

          JAMES DONATO
          United States District Judge