PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7159
    FAX: (415) 436-7234
    christiaan.highsmith@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-cr-00212 JD |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING REGARDING SENTENCING FROM MARCH 17, 2025, TO SEPTEMBER 15, 2025 |
| v. | |
| PHARADJA ANDREWS, | |
| Defendant. | |

    On May 25, 2021, Defendant Pharadja Andrews was charged in a one-count Information with conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349. Dkt. 1. Andrews waived her right to be charged via Indictment and on August 30, 2021 pled guilty to the charge pursuant to a cooperation plea agreement. Dkt. 3, 10. Defendant Andrews currently is set for a status conference regarding sentencing on March 17, 2025. Defendant Andrews is out of custody.

    Defendant Andrews is a cooperating witness in *United States v. Simon Katz*, Case No. CR. 21-310 JD. The Katz matter is set for trial starting May 12, 2025. Defendant Andrews is a potential witness in the Katz trial; therefore, her next status hearing regarding sentencing should be set for a date after the Katz trial.

    Counsel for the United States and Defendant Andrews have met and conferred and respectfully

request that this Court continue Defendant Andrews's status conference regarding sentencing to a date approximately six months after the Katz trial, to Monday, September 15, 2025. Further, because Andrews has already pled guilty there is no need for an exclusion of time under the Speedy Trial Act.

IT IS SO STIPULATED

DATED:   March 10, 2025                                Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

　　　　　/s/
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

DATED:   March 10, 2025                                　　　　　/s/
PHILIP SCHNAYERSON
Counsel for Defendant Pharadja Andrews

## [PROPOSED] ORDER

Based on the stipulation of the parties and for good cause, the Court hereby ORDERS that the status hearing in this case currently set for March 17, 2024, is continued to September 15, 2025, at 10:30 a.m.

IT IS SO ORDERED.

DATED:   March 10, 2025

_____
HONORABLE JAMES DONATO
United States District Judge