CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
KEVIN YEH (CABN 314079)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7159
christiaan.highsmith@usdoj.gov
kevin.yeh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHARADJA ANDREWS,<br><br>Defendant. | CASE NO. 21-cr-00212 JD<br><br>STIPULATION AND ORDER CONTINUING STATUS HEARING REGARDING SENTENCING FROM AUGUST 3, 2026, TO SEPTEMBER 14, 2026 |

On May 25, 2021, Defendant Pharadja Andrews was charged in a one-count Information with conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349. Dkt. 1. Andrews waived her right to be charged via Indictment and on August 30, 2021 pled guilty to the charge pursuant to a cooperation plea agreement. Dkt. 3, 10. Defendant Andrews currently is set for a status conference regarding sentencing on August 3, 2026. Defendant Andrews is out of custody.

Defendant Andrews is a cooperating witness in *United States v. Simon Katz*, Case No. CR. 21-310 JD. The Katz trial concluded on July 22, 2026; however, a sentencing date for Mr. Katz has not been set. The parties expect that a sentencing hearing date for Mr. Katz will be set on August 3, 2026 at the hearing on Mr. Katz's motion for bail pending sentencing. The undersigned parties respectfully

request that Ms. Andrews' sentencing be set for a date after Mr. Katz sentencing.

Counsel for the United States and Defendant Andrews have met and conferred and respectfully request that this Court continue Defendant Andrews's August 3, 2026 status conference regarding sentencing to September 14, 2026. On or before that date, the parties will ask the Court to set a sentencing hearing date and to refer this matter to the U.S. Probation Office for preparation of a Presentence Investigation Report. Because Ms. Andrews has already pled guilty, there is no need for an exclusion of time under the Speedy Trial Act.

IT IS SO STIPULATED

DATED: July 27, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
CHRISTIAAN H. HIGHSMITH
KEVIN YEH
Assistant United States Attorneys

DATED: July 27, 2026

/s/
PHILIP SCHNAYERSON
Counsel for Defendant Pharadja Andrews

**ORDER**

Based on the stipulation of the parties and for good cause, the Court hereby ORDERS that the status hearing in this case currently set for August 3, 2026, at 11:00 a.m., is continued to September 14, 2026, at 11:00 a.m.

IT IS SO ORDERED.

DATED: July _28, 2026



HONORABLE JAMES DONATO
United States District Judge