CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

CHRISTIAAN H. HIGHSMITH (CABN 296282)
KEVIN YEH (CABN 314079)
Assistant United States Attorneys

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
(415) 436-7159
christiaan.highsmith@usdoj.gov
kevin.yeh@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHARADJA ANDREWS,<br><br>Defendant. | CASE NO. 21-cr-00212 JD<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER REGARDING SENTENCING |

On May 25, 2021, Defendant Pharadja Andrews was charged in a one-count Information with conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1349. Dkt. 1. Andrews waived her right to be charged via Indictment and on August 30, 2021 pled guilty to the charge pursuant to a cooperation plea agreement. Dkts. 3, 10. Andrews recently testified at trial in *United States v. Simon Katz*, Case No. CR. 21-310 JD. This Court previously set Defendant Andrews for a status hearing regarding sentencing on September 14, 2026, at 11:00 a.m. Defendant Andrews is out of custody.

The parties have met and conferred and stipulate and agree to the following schedule regarding sentencing: (1) the Court vacate Andrews' September 14, 2026 status hearing regarding sentencing; (2) the Court refer Andrews to the U.S. Probation Office for preparation of a presentence investigation

report; and (3) the Court set Andrews's sentencing hearing for Monday, January 25, 2027, at 11:00 a.m.

Finally, because Andrews has already pled guilty there is no need for an exclusion of time under the Speedy Trial Act.

IT IS SO STIPULATED

DATED: September 9, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
CHRISTIAAN H. HIGHSMITH
KEVIN YEH
Assistant United States Attorneys

DATED: September 9, 2026

/s/
PHILIP SCHNAYERSON
Counsel for Defendant Pharadja Andrews

**~~[PROPOSED]~~ ORDER**

For the reasons stated above by the parties, and good cause having been shown, the Court hereby ORDERS the following: (1) the status hearing regarding sentencing on September 14, 2026 is vacated; (2) Defendant Andrews is referred to the U.S. Probation Office for preparation of a presentence investigation report; and (3) the matter is set for a sentencing hearing on Monday, January 25, 2027, at 11:00 a.m.

IT IS SO ORDERED.

DATED: 9/10/2026

HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE